**Paul HARPER, Plaintiff–Appellant,**

v.

**Richard W. WIEKING, Clerk, Defendant–Appellee.**

**No. 05–17279.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

Paul Harper, Long Beach, CA, pro se.

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

MEMORANDUM **

We have reviewed appellant's response to this court's order to show cause, and we conclude that the questions raised in this

---

appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.